■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL WALLACE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Naro, J.), rendered April 19, 1989, convicting him of criminal possession

of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court correctly denied the defendant's request to charge criminal possession of a controlled substance in the seventh degree as a lesser-included offense of criminal possession of a controlled substance in the third degree. Although criminal possession of a controlled substance in the seventh degree is a lesser-included offense of criminal possession of a controlled substance in the third degree within the meaning of CPL 1.20 (37) *(see, People v Perez,* 154 AD2d 406), we find no reasonable view of the evidence which would support a finding that the defendant committed the lesser offense and not the greater *(see, People v Glover,* 57 NY2d 61; *People v Green,* 56 NY2d 427). There was no evidence produced at trial which indicated that the defendant possessed the 37 vials of crack-cocaine which were recovered for personal use. Kunzeman, J. P., Kooper, Eiber and O'Brien, JJ., concur.